**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

————————————

No. 25-13802
Non-Argument Calendar

————————————

WARREN FAMBRO,

                                                    *Petitioner-Appellant,*

*versus*

CENTRAL SP WARDEN,

                                                    *Respondent-Appellee.*

————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:25-cv-03936-SEG

————————————

Before JORDAN, ROSENBAUM, and NEWSOM, Circuit Judges.

PER CURIAM:

        Warren Fambro, proceeding pro se, appeals from the magistrate judge's August 25, 2025, order and final report and recommendation, which granted him leave to proceed in forma pauperis

and recommended that his 28 U.S.C. § 2254 petition for writ of habeas corpus be dismissed.

A magistrate judge's recommendation on a dispositive matter that has not been adopted or otherwise rendered final by the district court at the time the notice of appeal is filed is not final and appealable. *See Perez-Priego v. Alachua Cnty. Clerk of Ct.*, 148 F.3d 1272, 1273 (11th Cir. 1998); 28 U.S.C. §§ 636(b)(1), 1291. Additionally, Fambro lacks standing to challenge the magistrate judge's grant of his application for leave to proceed in forma pauperis because that ruling did not injure him in any way. *See Wolff v. Cash 4 Titles*, 351 F.3d 1348, 1353-54 (11th Cir. 2003); *Nationwide Mut. Ins. Co. v. Barrow*, 29 F.4th 1299, 1301 (11th Cir. 2022).

Accordingly, this appeal is DISMISSED, sua sponte, for lack of jurisdiction. All pending motions are DENIED as moot.